# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 29 WAL 2023

       Respondent             :

                                    :   Petition for Allowance of Appeal

                                    :   from the Order of the Superior Court

       v.                             :

                                    :

SANTOS D. TORRES-OLAN,            :

                                    :

       Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.